AO 455 (Rev 5/85)   Waiver of Indictment

# United States District Court

**FILED**
MAY 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

*[defendant signature]*

**WAIVER OF INDICTMENT**

CR: 08-107

CASE NUMBER: 08-RJL

I, _____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___5/28/08___ prosecution by indictment and consent that the
                              Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer