UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-   (RJL) |
| | : | *08-107* |
| v. | : | |
| | : | FILED |
| RENE MAURICIO GARCIA, | : | MAY 28 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **RENE MAURICIO GARCIA ("GARCIA")** and the United States agree and stipulate as follows:

1. Foreign nationals are eligible to obtain District of Columbia driver's licenses if they have proof that they are legally present in the U.S. and can continue to stay in the U.S. for at least another six months. A foreign national must also present proof of his name, date of birth, social security number, and District of Columbia residency. The District of Columbia Department of Motor Vehicles ("DMV") has specifically limited the types of documentation it will accept. For example, original birth certificates, unexpired passports, or resident alien cards can prove an individual's identity (i.e., name and date of birth). In addition to tendering the required documentation, a foreign national must complete and sign a driver's license application, certifying that the information contained therein is correct and accurate. The DMV employee processing the application is required to identify on the application the type of documentation that was presented by the applicant.

2. Applicants for driver's licenses must pass the following three tests: vision screening, knowledge and street sign recognition, and "skills road." Applicants who possess a

valid driver's license from another state, however, are only required to pass the vision screening test. Applicants who possess a valid driver's license from a foreign jurisdiction need not take the road test, but must successfully pass the vision screening and knowledge and street sign recognition tests.

3. On or about December 3, 2007, defendant **GARCIA** learned from a family member that he could obtain a D.C. driver's license from the DMV by contacting a woman named "Gloria" and was given Gloria's phone number. Defendant **GARCIA** called Gloria, she called him back, and they arranged to meet the next day.

4. The following day, on December 4, 2007, defendant **GARCIA** met Gloria in the vicinity of the Georgetown DMV branch, in the District of Columbia, with the intention of purchasing a fraudulent D.C. driver's permit, an item of value that authorizes an individual to drive and serves as a photographic identification card. When he arrived, defendant **GARCIA** saw Gloria in a gray minivan with a young female.

5. Defendant **GARCIA** entered Gloria's minivan and paid Gloria $1,500 in U.S. currency. While he was still in the van, Gloria told defendant **GARCIA** that he should go to window number three in the DMV and tell the DMV employee that Gloria had sent him. The young female in the van and defendant **GARCIA** then exited the van, walked into the Georgetown Park Mall, and rode the elevator to the lower level. The young female showed defendant **GARCIA** the entrance to the DMV.

6. Defendant **GARCIA** entered the DMV, observed a customer at window number three, and sat for approximately five to seven minutes. Then he approached window number three, where a female DMV employee was sitting, and told her that Gloria had sent him.

Defendant **GARCIA** gave the female DMV employee his home address in the District of Columbia and his Social Security number. Defendant **GARCIA** did not complete an application, provide verification of D.C. residency or legal presence in the U.S., or take the vision, knowledge, and road skills tests. After defendant **GARCIA** paid the $39 fee with his wife's credit card, the female DMV employee directed defendant **GARCIA** to another employee to have his photograph taken. Shortly thereafter, his name was called, and defendant **GARCIA** was given a facially valid D.C. driver's license with an expiration date of July 24, 2012.

7.      Sometime later, defendant **GARCIA** informed his friend Dora Romero Morales ("Morales") that she could obtain a D.C. driver's license without passing the knowledge or road skills tests in exchange for $1,500. Defendant **GARCIA** gave Morales the telephone number for the woman, Gloria, who had facilitated the procurement of his fraudulent D.C. driver's license. On January 16, 2008, Morales paid Gloria $1,500 in order to obtain a facially valid D.C. driver's license from the DMV. Because Morales did not reside in the District of Columbia, she gave the DMV employee defendant **GARCIA**'s address. Like defendant **GARCIA**, Morales did not complete an application, provide verification of D.C. residency, or take the vision, knowledge, and road skills tests.

_____
**RENE MAURICIO GARCIA**
Defendant