U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA          :

              V.                                  :        Case No.  08-107 (RJL)

RENE MAURICIO GARCIA

                                       :

                                       :

                  **ORDER**

**FILED**
JUN 9 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

    2. It is the _____ day of _June 2008_ ORDERED:

    3. That if the defendant is released on bond that he or she be accompanied on _A date convenient to both parties_ by _FBI S/A Sean Ryan and Al Tenuta_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _Federal Bureau of Investigation_ _____ for "routine processing," and that this be a condition of being released on bond;

    4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _FBI S/A Sean Ryan and Al Tenuta_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____ /s/ _____
Judge (U.S. Magistrate) ~~Alan Kay~~

DOJ USA-16-80

DEFENSE COUNSEL