## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| v. | : | Docket No.: 1:08cr107-01 |
| Rene Maurcio Garcia | : | |
| Defendant | : | |

### MEMORANDUM IN AID OF SENTENCING

The Defendant was born in El Salvador.  His father deserted the family when he was five years old.  He was raised by his grandmother who he continues to support.  Mr. Garcia was able to gain temporary protective status in the United States and his status is active until March, 2009.  He has two children whom he supports.  He is employed as a custodian at American University earning $12.00 hour.  He has no prior arrests or convictions.  He cooperated fully with the government providing critical information that enabled the government to prosecute more serious offenders in connection with this matter.

### SENTENCING RECOMMENDATION

Mr. Garcia has plead guilty to a misdemeanor.  He is a productive member of the community.   He works and supports his family.  He was cooperative with the police at all times and did not profit financially from the sale of the D.C. driver's licences.  He has lived - and this is not an exaggeration - in a state of remorse and fear since his arrest.  He understands that his conduct was illegal and that he failed to scrupulously obey the laws of the country which has given him refuge.  In mitigation, counsel submits that he has lived in fear of incarceration and deportation as a result of his arrest and conviction.  He is deeply remorseful and asks the Court - if not for its understanding - then for its consideration of the self imposed punishment  that Mr. Garcia has lived with during the ordeal of these last months.  Mr. Garcia has been punished.  The

Defendant asks that the Court impose a brief period of incarceration - one month - and suspend the execution of the sentence. Counsel for Defendant believes that this sentence - when viewed in the context of his cooperation, his absence of any prior anti-social conduct and the fact that he is genuinely remorseful - meets the purposes of the criminal justice system with respect to the facts of this case and this Defendant

Respectfully submitted,

/s/ Luiz R. Simmons
Luiz R. S. Simmons, Esquire, # 229864
The Law Offices of Luiz R. S. Simmons
8613 Cedar Street
Silver Spring, MD 20910
(301) 589-8844
FAX (301) 589-7343
Luizlawc@aol.com